| Date | Pleading Number | |
|---|---|---|
| 12/16/74 | 1. | MOTION -- Defendant CNA Financial Corp. -- with supporting brief, Affidavit of Raymond M. DeFossez, Vice & Pres. & General Counsel of CNA, Lester Pollack, Sr. Vice Pres. and a director of Loews Corp., and complaints in each of the three involved actions. Certificate of service on counsel and district courts. REQUESTED TRANSFEREE FORUM: N.D. Illinois |
| 1/2/75 | 2. | RESPONSE -- Peat, Marwick, Mitchell & Co. w/attached complaint in 4th CNA action filed in N.D. Illinois. Cert. of service att'd. |
| 1/6/75 | 3 | REPLY -- CNA Financial Corp. Supplemental Submission w/cert. of service |
| 1/3/75 | | HEARING ORDER -- Setting A-1 through A-3 for hearing Jan. 24, 1975 Phoenix, Arizona (34) Mailed |
| 1/7/75 | | REQUEST FOR EXTENSION OF TIME -- Plaintiff Bassman -- Granted to 1/6/75 |
| 1/8/75 | 4 | RESPONSE -- R. S. BASSMAN w/cert. of service |
| 1/15/75 | 5 | LETTER - CNA advising of 1404a motions and present status of cases pending also waiving oral argument w/cert. of service |
| 1/17/75 | | CORRECTION ORDER -- to delete Jan. 25, 1975 on HEARING ORDER filed on Jan. 3, 1975 and to insert Jan. 24, 1975. |
| 1/28/75 | | ORDER DENYING MOTION AS MOOT -- Sec. 1404(a) transfers of each action (E.D.Pa. & S.D.N.Y.) prompted denial of motion as being moot. Copies to transferor clerks and judges and Chief Judges, all interested counsel |

DOCKET NO. 198 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Retire

## Description of Litigation

### IN RE CNA FINANCIAL CORPORATION SECURITIES LITIGATION

#### Summary of Panel Action

Date(s) of Hearing(s) ~~1/24/75~~ No hearing

Date(s) of Opinion(s) or Order(s) 1/28/75

Consolidation Ordered _____  Name of Transferee Judge _____

Consolidation Denied ✓ as Moot  Transferee District _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Murray Seiden v. Richard H. Samuels, et al. | N.D.Ill. Hoffman | 74 C 3117 | | | | |
| A-2 | R. S. Bassman, Trustee, etc. v. Loews Corp., et al. 1404a TR TO NDILL. 1/15/75 | E.D.Pa. Weiner | 74-2887 | | | | See 1407 transfer denied as moot. Jan. 28, 1975 |
| A-3 | Seymour Trager, as Trustee, etc. v. Elmer L. Nicholson, et al. 1404a TR TO NDILL. 1/20/75 | S.D.N.Y. Motley | 74 Civ. 5186 | | | | |
| | Richard H. Faber, etc. v. CNA, et al.. | N.D.Ill Hoffman | 74C3642 | | Not considered | | |

p. 198

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 198 -- IN RE CNA FINANCIAL CORPORATION SECURITIES LITIGATION

| Plaintiff | Defendant |
|---|---|
| MURRAY SEIDEN (A-1)<br>Lawrence Walner & Associates Ltd.<br>221 N. LaSalle St., Suite 1748<br>Chicago, Illinois  60601 | CNA FINANCIAL CORPORATION<br>Herbert M. Wachtell, Esquire<br>Wachtell, Lipton, Rosen & Katz<br>299 Park Avenue<br>New York, New York  10017 |
| R. S. BASSMAN, TRUSTEE, ETC. (A-2)<br>Leonard Barrack, Esquire<br>1622 Locust Street<br>Philadelphia, Pennsylvania  19103 | LOEWS CORPORATION<br>Barry Hirsch, Esquire<br>Secretary & General Counsel<br>Loews Corporation<br>666 Fifth Avenue<br>New York, New York  10019 |
| SEYMOUR TRAGER, AS TRUSTEE, ETC. (A-3)<br>Lawrence Milberg, Esquire<br>Milberg & Weiss<br>One Pennsylvania Plaza<br>New York, New York  10001 | PEAT, MARWICK, MITCHELL & CO.<br>A. Bruce Schimberg<br>Sidley & Austin<br>One First National Plaza<br>Chicago, Illinois  60603 |
| | ROBERT STUART, JR.<br>Max E. Wildman, Esquire<br>Wildman, Harrold, Allen & Dixon<br>One IBM Plaza<br>Chicago, Ill.  60611 |
| | Bowen Blair<br>3 South Green Bay Rd.<br>Lake Forest, Ill.  60045 |
| | Hans Braunschweiler<br>Schickstrasse 2<br>Winterthur, Switzerland |
| | Robert R. Gwinn<br>144 Fairbank Rd.<br>Riverside, Ill.  60546 |

| Plaintiff | Defendant |
|---|---|
| | DAVID J. CHRISTENSEN<br>RAYMOND M. DEFOSSEZ<br>JOHN E. DOUGHERTY<br>RICHARD T. FOX<br>THOMAS R. IGLESKI<br>A. BRUCE MATTHEWS<br>BARBARA McNEAR<br>EUGENE MILLER<br>THOMAS MILLSTEAD<br>ELMER L. NICHOLSON<br>HOWARD C. REEDER<br>JACQUE W. SAMMET<br>DAVID SCOTT<br>HAROLD E. SORTER<br>Edward L. Foote, Esquire<br>Winston & Strawn<br>Suite 5000, One First National Plaza<br>Chicago, Illinois   60670<br><br><br>Kenneth Leventhal & Co.<br>410 Gateway East, Century City<br>1800 Avenue of the Stars<br>Los Angeles, California   90067<br><br>Ward C. McCallister<br>19 Oak Tree Court<br>Atrium/Elmhurst<br>Elmhurst, Illinois   60126<br><br>Richard B. Ogilvie<br>Apt. 10-C, 1500 Lake Shore Drive<br>Chicago, Illinois   60610<br><br>Grier D. Patterson (Deceased)<br>c/o Winston & Strawn<br>1 First National Plaza (Rm. 5000)<br>Chicago, Illinois   60670<br><br>Richard H. Samuels<br>1864 Somerset<br>Northbrook, Illinois   60062<br><br>John E. Stipp<br>9532 North Avers Avenue<br>Evanston, Illinois   60203 |

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 198 -- IN RE CNA FINANCIAL CORPORATION SECURITIES LITIGATION

| Plaintiff | Defendant |
|---|---|
| | ~~Richard L. Thomas~~<br>~~219 Leicester Rd.~~<br>~~Kenilworth, Illinois 60043~~<br><br>Gerald Tsai, Jr.<br>c/o G. Tsai & Co., Inc.<br>55 Water Street<br>New York, New York 10041<br><br>Lawrence Weinberg<br>409 Drury Lane<br>Beverly Hills, California 90210<br><br>~~Harold M. Williams~~<br>~~723 North Elm Drive~~<br>~~Beverly Hills, California 90212~~<br><br>Kenneth V. Zwiener<br>1287 Sunview Lane<br>Winnetka, Illinois 60093<br><br><br>RICHARD L. THOMAS<br>HAROLD M. WILLIAMS<br>Thomas R. Mulroy, Esquire<br>Hopkins, Sutter, Mulroy, Davis<br>   & Cromartie<br>One First National Plaza<br>Chicago, Illinois 60603 |

JP Form 3

p. _____

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __198__ -- __IN RE CNA FINANCIAL CORPORATION SECURITIES LITIGATION__

COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| Loews Corp | A-2; A-3 |
| Howard C. Reeder | A-3 |
| Robert D. Stuart, Jr. | A-3 |
| Gerald Tsai, Jr. | A-3 |
| David J. Christensen | A-3 |
| Grier D. Patterson | A-3 |
| David G. Scott | A-3 |
| | |
| | |
| | |

JP Form 3

p. _____

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 198 -- IN RE CNA FINANCIAL CORPORATION AECURITIES LITIGATION

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| Richard H. Samuels | A-1; A-3 |
| Jacque W. Sommet | A-1; A-3 |
| Elmer L. Nicholson | A-1; A-3 |
| Lawrence J. Weinberg | A-1; A-3 |
| Harold M. Williams | A-1; A-3 |
| Kenneth V. Zwienner | A-1; A-3 |
| Bowen Blair | A-1; A-3 |
| Hans Braunschweiler | A-1; A-3 |
| Robert P. Gwinn | A-1; A-3 |
| Ward C. McCallister | A-1; A-3 |

p. _____

| | |
|---|---|
| Richard B. Ogilvie | A-1 |
| John E. Stipp | A-1; A-3 |
| Robert D. Stuart, Jr. | A-1; A-3 |
| Richard L. Thomas | A-1; A-3 |
| Eugene Miller | A-1 |
| Thomas Millstead | A-1 |
| John Dougherty | A-1 |
| Barbara McNear | A-1 |
| C.N.A. Financial Corp. | A-1; A-2; A-3 |
| Peat, Marwick, Mitchell & Co. | A-1; A-2; A-3 |
| Kenneth Leventhal & Co. | A-1 |